**Edward BUNN, Plaintiff—Appellant,**

v.

**ARLINGTON COUNTY; Ron Carlee; Ami Yorczyk; Gregory Girardin; Michael Longhi; Frances O'Leary, Defendants—Appellees.**

**No. 04–2196.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 10, 2005.

Decided: Feb. 2, 2005.

Edward Bunn, Appellant pro se.

Ara Loris Tramblian, Deputy County Attorney, Peter Harlan Maier, Assistant County Attorney, Arlington, Virginia; Jack L. Gould, Fairfax, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Bunn appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See*

*Bunn v. Arlington County,* No. CA–04–628–1 (E.D. Va. filed Aug. 27 & entered Aug. 30, 2004; filed Sept. 2 & entered Sept. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*